# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00070-RPM-23

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY RICE,

    Defendant.

---

## ORDER MODIFYING CONDITIONS OF PROBATION

---

    This matter is before the Court upon report of the probation officer that the defendant violated the conditions of his probation. During a compliance review hearing on August 11, 2006, the defendant agreed to a modification of his conditions of his supervision. Therefore, it is

    ORDERED that the defendant shall comply with the following additional condition of probation:

    The defendant shall participate in a program of testing for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

    DATED at Denver, Colorado, this 15 day of August, 2006.

    BY THE COURT:

    _____
    Richard P. Matsch
    Senior District Judge